Matthew T. Christensen, ISB: 7213
Kaleena M. Bluemer, ISB: 9576
ANGSTMAN JOHNSON
3649 N. Lakeharbor Lane
Boise, Idaho 83703
Phone: (208) 384-8588
Fax: (208) 853-0117
Email: MTC@Angstman.com
Email: Kaleena@Angstman.com

Attorney for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PACIFIC CREST SERVICES, INC., an Idaho corporation,<br><br>Plaintiff,<br><br>Vs.<br><br>JOHN ANDRAOS, an individual; SOUTH WESTERN FINANCIAL NETWORK AND INSURANCE SERVICES, a California corporation,<br><br>Defendant. | Case No. _____<br><br>**NOTICE OF REMOVAL OF ACTION** |

## JOHN ANDRAOS AND SOUTHWESTERN FINANCIAL NETWORK AND INSURANCE SERVICES' NOTICE OF REMOVAL

Defendants John Andraos and South Western Financial Network and Insurance Services ("Defendants") remove this action from the District Court of the Fourth Judicial District for the

NOTICE OF REMOVAL OF ACTION – PAGE 1
A♦J; Matter: 12237-001

State of Idaho, in and for the County of Ada, to the United States District Court for the District of Idaho, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, based on the following facts:

## BACKGROUND

1. On June 22, 2017, Pacific Crest Services, Inc. ("Plaintiff") filed the Complaint in the action styled *Pacific Crest Services, Inc. v. John Andraos, and South Western Financial Network and Insurance Services,* Case No. CV01-17-11722 in the District Court of the Fourth Judicial District for the State of Idaho, in and for the County of Ada (the "State Action"). To date, Defendants have not been served with the Summons and Complaint in this matter.

2. The State Action stems from an Independent Contractor Agreement ("Contractor Agreement") and a Book of Business Purchase Agreement ("Purchase Agreement") entered into by Plaintiff and Defendant Andraos. The Plaintiff alleges in its Complaint that Defendant Andraos entered into negotiations regarding the purchase of the Book of Business, but delayed the purchase to devalue the Book of Business by transferring, renewing and/or cancelling insurance policies and moving policies outside of Pacific Crest. *See* Complaint ¶¶17, 24.

3. The Plaintiff alleges that Defendant Andraos transferred twenty-one (21) policies outside of Pacific Crest and cancelled six (6) policies outside of Pacific Crest. *Id.* ¶¶ 27, 28. The Plaintiff further alleges that as a result of Defendant's actions, insured individuals that had policies serviced by Defendant Andraos requested that their policy be cancelled and placed with another carrier outside of Pacific Crest, that individuals with policies serviced by Andraos failed to renew their policies and several policies were rewritten through another agency outside of Pacific Crest. *Id.* ¶¶ 29-33. The Plaintiffs allege that this activity caused a loss in the Book of Business in the amount of one-hundred forty-four (144) policies for a total of $343,037.74 in annualized current premium. *Id.* ¶ 34.

4.      The Plaintiff alleges that the actions allegedly taken by Defendant Andraos constituted breach of contractor agreement, breach of covenant of good faith and fair dealing, breach of fiduciary duty, conversion, unjust enrichment, tortious interference with business expectancy and fraud, for a combined damage of at least $40,000.00 in addition to the $343,037.74 in lost value to the book of business. *Id.* ¶¶ 57, 62, 68, 71, 80, 92.

## BASIS FOR REMOVAL

### A. Diversity of Citizenship

5.      This action is removable to this Court under 28 U.S.C. §§ 1332, 1441 and 1446 because the Court has original jurisdiction based on diversity of citizenship and the amount in controversy exceeds $75,000 exclusive of interest and costs.

6.      Complete diversity of citizen exists because Plaintiff is a corporation organized under the laws of the state of Idaho with its principal place of business in the state of Idaho, Defendant John Andraos is a resident of California, Defendant South Western Financial Network and Insurance Services, Inc. is a corporation organized under the laws of the state of California with its principal place of business in the state of California, and Plaintiff alleges that he has suffered damages in excess of $75,000. *Id.* ¶¶34, 57, 62, 68, 71, 80, 92.

## TIMELINESS OF REMOVAL

7.      This Notice of Removal is timely because it is being filed within 30 days after Defendants were provided a copy of the Summons and Complaint. 28 U.S.C. § 1446(b). The Plaintiff filed suit on June 22, 2017 and Defendants have received a copy, however, to date, Defendants have not been served with the Summons and Complaint. *See* Exhibit A.

## VENUE

8.  The United States District Court for the District of Idaho is the United States district embracing the District Court of the Fourth Judicial District for the State of Idaho, in and for the County of Ada, where this action was filed and is pending. *See* 28 U.S.C. § 92. Therefore, venue of this removed action is proper in this Court.

## NOTICE TO THE STATE COURT

9.  Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal is being served on all adverse parties and filed with the District Court of the Fourth Judicial District for the State of Idaho, in and for the County of Ada, where this case was originally filed.

10. Defendants file herewith as <u>Exhibit B</u> copies of all process filed in the State Action as a part of this Notice of Removal, namely the Summons, the Complaint, the Motion for Preliminary Injunction and/or Temporary Restraining Order, Memorandum in Support of Motion for Preliminary Injunction and/or Temporary Restraining Order, Declaration in Support of Motion for Preliminary Injunction and/or Temporary Restraining Order and Certification of Notice, Motion to Shorten Time, Motion to Shorten Time and Compel Compliance with Temporary Restraining Order, Demand for Audit and Attorney Fees/Sanctions for Contempt, Memorandum in Support of Motion to Compel Compliance with Temporary Restraining Order, Demand for Audit and Attorney Fees/Sanctions for Contempt, Declaration in Support of Motion to Compel Compliance with Temporary Restraining Order, Demand for Audit and Attorney Fees/Sanctions for Contempt.

11. Defendants filed herewith as <u>Exhibit C</u> a true and correct copy of the Register of Actions pursuant to Local Civil Rule 81.1.

WHEREFORE, John Andraos and South Western Financial Network and Insurance Services, Inc. respectfully request that the State Action in the District Court of the Fourth Judicial District for the State of Idaho, in and for the County of Ada, be removed to the U.S. District Court for the District of Idaho, and that no further proceedings be had in the Idaho state court.

DATED this 10th day of July, 2017.

                                                _____
                                                KALEENA M. BLUEMER
                                                Attorney for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of July, 2017, I filed the foregoing NOTICE OF REMOVAL OF ACTION electronically through the CM/ECF system, which caused the following parties to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Danny Bower
dbower@stm-law.com

Richard Bower
rbower@stm-law.com

_/s/ Kaleena M. Bluemer_
Kaleena M. Bluemer